# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1716. CHARLENE D. WILKERSON v. BELK, INC.

This case was docketed by this Court on July 12, 2022. The Appellant's brief and enumeration of errors were due on August 1, 2022. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors. The filing is 59 days late. Accordingly, this appeal is hereby deemed abondoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

The Clerk of Court is DIRECTED to send a copy of this order to the Appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/30/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*